IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BURRELL REID HALL, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 7:16-cv-00001 |
| | ) By: Elizabeth K. Dillon |
| LARRY T. EDMONDS, WARDEN, *et al.*, | ) United States District Judge |
| Respondents. | ) |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that respondents' motion to dismiss is GRANTED; Hall's petition pursuant to 28 U.S.C. § 2254 is DISMISSED; and this case is STRUCK from the court's active docket.

Further, finding that Hall has failed to make a substantial showing of the denial of a constitutional right as required by 18 U.S.C. § 2253(c), the court DENIES a certificate of appealability.

The clerk is directed to send copies of this order and the memorandum opinion to the petitioner and all counsel of record.

Entered: August 10, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge